THE STATE OF OHIO, APPELLANT, *v.* KNEPPER, APPELLEE.

[Cite as *State v. Knepper*, 126 Ohio St.3d 54, 2010-Ohio-2695.]

*Court of appeals' judgment affirmed on the authority of State v. Massien.*

(No. 2009-1838 — Submitted May 12, 2010 — Decided June 17, 2010.)

APPEAL from the Court of Appeals for Summit County, No. 24682,

184 Ohio App.3d 416, 2009-Ohio-5159.

_____

{¶ 1} The judgment of the court of appeals is affirmed on the authority of *State v. Massien*, 125 Ohio St.3d 204, 2010-Ohio-1864, 926 N.E.2d 1282.

BROWN, C.J., and PFEIFER, LUNDBERG STRATTON, O'CONNOR, O'DONNELL, LANZINGER, and CUPP, JJ., concur.

_____

Sherri Bevan Walsh, Summit County Prosecuting Attorney, and Richard S. Kasay, Assistant Prosecuting Attorney, for appellant.

_____